Name and address:

H. Dean Steward  SBN 85317
17 Corporate Plaza, Ste. 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com
Attorney for Defendant Paul Randall

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF(S) | CR-20-31-GW |
| PAUL RANDALL | **NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION** |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in each of your pending cases. Doing so will satisfy your notice obligation under Local Rule 83-2.4. In addition, if you are registered to use the Court's electronic filing system, you must log in to your PACER account and update your information online. See Local Rule 5-4.8.1. For instructions, visit www.cacd.uscourts.gov/e-filing/updating-your-contact-information.

*Attorneys with no pending cases:*

If you are registered to use the Court's electronic filing system, but have no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your PACER account and update your information online (see www.cacd.uscourts.gov/e-filing/updating-your-contact-information). Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are not registered to use the Court's electronic filing system, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and email it to "email_update@cacd.uscourts.gov" with the subject line "Attention: Attorney Admission Clerk." Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note:*

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation. If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

## SECTION I - IDENTIFYING INFORMATION

Name: H. Dean Steward

Current email address of record: deansteward7777@gmail.com

Check one: ☑ Member of the Central District Bar; CA Bar No: 85317    ☐ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case): Defendant Paul Randall

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO    ☐ USAO (specify): ☐ Civil Division  ☐ Criminal Division
             ☐ Los Angeles    ☐ Santa Ana    ☐ Riverside

G-06 (02/20)  NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION    Page 1 of 2

## SECTION II - UPDATED INFORMATION

☐ I need to update the email address associated with my records. My new primary email address is:

*Note: if you need to update the secondary email address(es) associated with your account, you must log in and makes those changes yourself.*

☑ I need to update other business or contact information. Please replace my current contact information with the following new information:

Attorney's name changed to: same

Name of new firm or government agency: n/a

New address: 17 Corporate Plaza, Ste. 254, Newport Beach, CA 92660

New telephone number: same        New fax number: 949-706-9994

New email address *(for non-e-filers)*:        same

## SECTION III - APPLICATION TO CLOSED CASES

If you are registered to use the Court's e-filing system, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in PACER. If you are not registered, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☐ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases *(include case name and number; attach additional pages if necessary)*:

## SECTION IV - REGISTERING TO USE THE COURT'S E-FILING SYSTEM

If you have not yet registered to use the Court's e-filing system, you may do so at www.pacer.gov. Click "Manage My Account" in the upper right corner of the screen, log in using your individual upgraded PACER account, and select the "Maintenance" tab. Select "Attorney Admissions/E-File Registration," choose "U.S. District Courts" and the Central District of California from the dropdown menus, click on the "E-File Registration Only" button, and follow the instructions. Your request will be submitted to the Central District. If approved, you will be notified that your e-filing privileges have been activated.

## SECTION V - SIGNATURE

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date: 6-30-21        Signature: /s./ H. Dean Steward